No. 507. ARTHUR RICH *v.* MICHIGAN. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Messrs. Harry E. Kelly, Thornton M. Pratt* and *Richard S. Doyle* for petitioner. *Messrs. Wm. W. Potter* and *Wilbur M. Brucker* for respondent.

No. 508. AMERICAN RAILWAY EXPRESS COMPANY *v.* TERRY PACKING COMPANY. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of South Carolina denied. *Messrs. Charles W. Stockton, J. Nelson Frierson* and *Branch P. Kerfoot* for petitioner. *Mr. Edward L. Craig* for respondent.

No. 522. WILLIAM H. WOHLSTATTER, NEXT FRIEND OF JEW LEE, *v.* A. W. BROUGH, CHINESE INSPECTOR. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Walter B. Farr* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for respondent.

No. 523. STAR BALL PLAYER COMPANY *v.* THE PLAYOGRAPH COMPANY. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas J. Johnston, J. Granville Meyers* and *Charles S. Jones* for petitioner. *Messrs. Joseph H. Milans* and *Calvin F. Milans* for respondent.

No. 524. ERNEST WILTSEE ET AL., RECEIVERS, *v.* FRANCIS R. HART ET AL. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Cir-